■ In the Matter of REGAN LALLY, Appellant, v RICHARD E. AEBLY, Respondent. [6 NYS3d 495]—Appeal from an order of the Family Court, Nassau County (Robin M. Kent, J.), dated September 18, 2014. The order denied the mother's objections to a prior order of that court (Kathleen Watson, S.M.) dated April 3, 2014, which, inter alia, after a hearing, dismissed the mother's petition to modify the father's child support obligation, as set forth in the parties' judgment of divorce.

Ordered that the order dated September 18, 2014, is affirmed, without costs or disbursements.

The Family Court providently exercised its discretion in denying the mother's objections to the Support Magistrate's determination that she did not establish a substantial change in circumstances warranting an upward modification of the father's child support obligation (*see* Domestic Relations Law § 236 [B] [9] [b]; *Matter of Shillingford v Dielinger*, 101 AD3d 889 [2012]; *Matter of Gracie v Donovan*, 84 AD3d 1375 [2011]).

The mother's remaining contentions are without merit. Mastro, J.P., Skelos, Dickerson and Duffy, JJ., concur.